# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03014-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ANDRES GONZALES,

    Plaintiff,

v.

YVONNE MOORE
CONNIE BROWN,
JOSHUA A. IDIGPIO,
GLEN BALDWIN, and
YONG SHARP,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

    Plaintiff, Andres Gonzales, has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   __   is not submitted
(2)   __   is not on proper form (must use the court's current form)
(3)   __   is missing original signature by plaintiff/petitioner/applicant
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   _X_  affidavit is not notarized or is not properly notarized

(7)   X    names in caption do not match names in caption of complaint, petition or application
(8)   ___  other:

**Complaint or Petition**:
(9)   ___  is not submitted
(10)  ___  is not on proper form (must use the court's current form)
(11)  ___  is missing an original signature by the plaintiff/petitioner/applicant
(12)  ___  is incomplete
(13)  ___  uses et al. instead of listing all parties in caption
(14)  ___  names in caption do not match names in text
(15)  ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  X    other: Fails to assert a basis for this court's jurisdiction.  Fails to assert claims or make a request for relief.  Fails to provide addresses of each named defendant.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED November 20, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge