IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03014-LTB

ANDRES GONZALEZ,

    Plaintiff,

v.

YVONNE MOORE, and
GLEN BALDWIN,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 18, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 18 day of March, 2013.

          FOR THE COURT,

          JEFFREY P. COLWELL, Clerk

          By: s/ S. Grimm
              Deputy Clerk